**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 26-1203

WESLEY LEON BETHEA,

Plaintiff - Appellant,

v.

T. BISSETTE; CITY OF WILSON; BENNY BOYKIN; CALVIN WOODARD,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:26-ct-03019-M)

Submitted:  July 23, 2026                                      Decided:  July 28, 2026

Before WYNN and HARRIS, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Wesley Leon Bethea, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wesley Leon Bethea appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B). The court determined that Bethea had filed his complaint outside the applicable limitations period, so his claims were time-barred. We have reviewed the record and find no reversible error in this determination, and Bethea otherwise offers no argument on appeal to show this determination was erroneous. Accordingly, we affirm the district court's judgment. *Bethea v. Bissette*, No. 5:26-ct-03019-M (E.D.N.C. Jan. 20, 2026). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2